UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-836 JVS (JCx) | Date | August 6, 2008 |
| Title | Brandon v. County of Orange | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers)    Order to Show Cause re Jurisdiction

        The Court has made a preliminary review of the Complaint filed by plaintiff Barry Brandon ("Brandon") on July 31, 2008, including his request for the appointment of counsel.

        The Complaint fails to state a claim for relief; no basis for jurisdiction is alleged.

        Within twenty days, Brandon is directed to file a short, plain statement of his claim(s), including the acts allegedly taken by the defendants and the manner in which he has been harmed.  Brandon shall also state the basis for jurisdiction of his claim(s) in federal court.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |