UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BARRY L. BRANDON, | Case No. SACV 08-836 JVS(JC) |
|---|---|
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF ORANGE BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice based upon plaintiff's failure to prosecute.

///
///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
United States Magistrate Judge's Report and Recommendation, and the Judgment
herein on plaintiff and on any counsel for defendants.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 29, 2010      _____
        HONORABLE JAMES V. SELNA
        UNITED STATES DISTRICT JUDGE