UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BRANDON, | Case No. SACV 08-836 JVS(JC) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF ORANGE BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 29, 2010

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE